

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 11, 2018**

*Harlin DeWayne Hale*
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| REVOLUTION MONITORING | § | |
| MANAGEMENT, LLC | § | Case no.18-33731 |
| | § | |
| DEBTOR | § | |

ORDER ON MOTION TO DISMISS

CAME ON to be considered this day the Motion of Xynergy Healthcare Capital II, LLC to Dismiss ("Motion"). The Court having reviewed the Motion and having heard arguments of

counsel is of the opinion, for the reasons set forth in open Court, the Motion should be denied. It is accordingly,

ORDERED, ADJUDGED AND DECREED the Motion to Dismiss is denied.

### End of Order ###